☐ **AMENDED**

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TENNESSEE

In re:    **Shalena Chaunte Morton**                                    **Case No. 19-28433**

Debtors:                                                                **Chapter 13**

---

### CHAPTER 13 PLAN

---

**ADDRESS:**    **(1)**    **7396 Iris Cove**                    **(2)** _____
                           **Memphis, TN 38125**                      _____

**PLAN PAYMENT:**
    **Debtor(1)** shall pay $  **600.00** _____    (☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☑ monthly, by:
    ☑ **PAYROLL DEDUCTION** From: _____ **OR ( ) DIRECT PAY**

    **Debtor(2)** shall pay $ _____    (☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
    ☐ **PAYROLL DEDUCTION** From: _____ **OR (    ) DIRECT PAY**

**1. THIS PLAN [Rule 3015.1 Notice]:**

    **(A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]**    ☐ YES    ☑ NO
    **(B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION**    ☑ YES    ☐ NO
        **OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]**
    **(C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].**    ☐ YES    ☑ NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; **OR** ☑ Not included in Plan; Debtor(s) to provide proof of insurance at §341meeting.

**4. DOMESTIC SUPPORT:**                                                  Monthly Plan Payment:

**None**                    Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, **OR** ☐ Trustee to:
                            ongoing payment begins _____    $ _____
                            Approximate arrearage: _____

**5. PRIORITY CLAIMS:**

**-NONE-** _____    Amount _____    $ _____

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); **OR** ☐ Paid by Trustee to:

**None** _____    ongoing payment begins _____    $ _____
                            Approximate arrearage: _____ Interest _____    $ _____

**7. SECURED CLAIMS:**

[Retain lien 11 U.S.C. §1325 (a)(5)]    Value of Collateral:    Rate of Interest    Monthly Plan Payment:
**-NONE-**

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER**
    **SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

| [Retain lien 11 U.S.C. §1325 (a)] | Value of Collateral: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| **Bridgecrest** | **15,000.00** | **5.25** | **$507.00** |

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

**-NONE-**                                                Collateral: _____

**10. SPECIAL CLASS UNSECURED CLAIMS:**

| | Amount: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| **-NONE-** | | | $ |

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

| | | | |
|---|---|---|---|
| **Dept Of Ed/navient** | ☐ | Not provided for    **OR** ☑ | General unsecured creditor |
| **Dept Of Ed/navient** | ☐ | Not provided for    **OR** ☑ | General unsecured creditor |
| **Dept Of Ed/navient** | ☐ | Not provided for    **OR** ☑ | General unsecured creditor |
| **Dept Of Ed/navient** | ☐ | Not provided for    **OR** ☑ | General unsecured creditor |
| **Dept Of Ed/navient** | ☐ | Not provided for    **OR** ☑ | General unsecured creditor |
| **Dept Of Ed/navient** | ☐ | Not provided for    **OR** ☑ | General unsecured creditor |
| **Dept Of Ed/navient** | ☐ | Not provided for    **OR** ☑ | General unsecured creditor |
| **Dept Of Ed/navient** | ☐ | Not provided for    **OR** ☑ | General unsecured creditor |
| **Navient** | ☐ | Not provided for    **OR** ☑ | General unsecured creditor |
| **Navient** | ☐ | Not provided for    **OR** ☑ | General unsecured creditor |
| **Navient** | ☐ | Not provided for    **OR** ☑ | General unsecured creditor |
| **Navient** | ☐ | Not provided for    **OR** ☑ | General unsecured creditor |
| **Navient** | ☐ | Not provided for    **OR** ☑ | General unsecured creditor |
| **Navient** | ☐ | Not provided for    **OR** ☑ | General unsecured creditor |
| **Navient** | ☐ | Not provided for    **OR** ☑ | General unsecured creditor |
| **Navient** | ☐ | Not provided for    **OR** ☑ | General unsecured creditor |
| **Navient** | ☐ | Not provided for    **OR** ☑ | General unsecured creditor |
| **Navient** | ☐ | Not provided for    **OR** ☑ | General unsecured creditor |
| **Navient** | ☐ | Not provided for    **OR** ☑ | General unsecured creditor |
| **Navient** | ☐ | Not provided for    **OR** ☑ | General unsecured creditor |

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

**-NONE-**

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS: $217,398.00**

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

☐    TBD _____ **%, OR,**
☑    **THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.**

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

**None** _____    ☐    Assumes  **OR** ☐    Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately **60** months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

   **ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.**

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/ Carlee McCullough, Esq                                          Date  November  6, 2019                              .
Carlee McCullough, Esq 23774
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**